# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) <br> ) <br> **PLAINTIFF,** ) <br> ) <br> -vs- ) <br> ) <br> **ALEJANDRO M. TRUJILLO,** ) <br> ) <br> **DEFENDANT.** ) <br> ) | Case No. 04-40134-RDR |

## ORDER FOR CONTINUANCE

**NOW,** on this 29th day of February, 2012, the above-entitled matter comes before the Court upon the Motion of the Defendant to continue the Jury Trial presently scheduled for March 6, 2012, to a time to be determined by the Court.

The Court examines the files and after reviewing the Motion and being fully advised in the premises, finds that counsel for Defendant needs additional time to further discuss this matter with the Assistant United States Attorney Jared Maag. Counsel for the Defendant and Assistant United States Attorney Jared Maag are awaiting the results of the PSR in another pending Federal case of the Defendant to make determinations in this matter, and also counsel needs more time for ongoing settlement negotiations. Jared Maag has no objections to this request for continuance of the Jury Trial. The court rules that good cause has been shown that the Defendant's Motion for Continuance of the Jury Trial should be sustained.

The Court further finds that the period of delay resulting from the extension granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161 (h)(7) in that the ends of justice served by granting such continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the Defendant's Motion for Continuance of the Jury Trial shall be granted and the Jury Trial in the above-entitled matter will be rescheduled to the 8th day of May, 2012 and that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act 18 U.S.C.3161 (H)(7).

**IT IS SO ORDERED.**

s/Richard D. Rogers
United States District Judge

**APPROVED BY:**

S/Charles A. O'Hara
Charles A. O'Hara, Attorney for
Defendant, Alejandro M. Trujillo

S/Jared S. Maag
Jared S. Maag
Assistant U.S. Attorney